UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES JOSEPH SCHEURICH, JR.

VERSUS

AGRICO CHEMICAL CO., ET AL

CIVIL ACTION

NO. 08-151-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated August 1, 2008. Third party defendant has filed an objection and defendant has filed a reply which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to remand filed by Agrico Chemical Co. (rec. doc. 4) will be granted and the request for attorneys' fees and costs will be denied.

Baton Rouge, Louisiana, September 16, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA