UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES JOSEPH SCHEURICH, JR.

VERSUS

AGRICO CHEMICAL CO., ET AL

CIVIL ACTION

NO. 08-151-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the motion to remand filed by Agrico Chemical Co. (rec. doc. 4) is granted and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana and further the request for attorneys' fees and costs is denied.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September  16  , 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

cc: 19th JDC